IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOHN WILLIAM HETZEL                                                           PLAINTIFF

           v.                          Civil No. 06-5024

DR. MULLINS; and
NURSE McDONALD                                                              DEFENDANTS

**O R D E R**

    Defendants have filed a motion for summary judgment (Doc. 16).  To assist plaintiff in responding to the summary judgment motion, the undersigned is propounding a questionnaire. The court will consider plaintiff's response to the questionnaire in issuing a report and recommendation on the summary judgment motion.

    For this reason, John William Hetzel is hereby directed to complete, sign, and return the attached response to defendants' summary judgment motion on or before **July 26, 2007**. **Plaintiff's failure to respond within the required period of time may subject this matter to dismissal for failure to comply with a court order.**

    IT IS SO ORDERED this 25th day of June 2007.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

-1-

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


JOHN WILLIAM HETZEL                                              PLAINTIFF

                    v.                  Civil No. 06-5024

DR. MULLINS; and
NURSE McDONALD                                                  DEFENDANTS


**<u>RESPONSE TO SUMMARY JUDGMENT MOTION</u>**

TO:  JOHN WILLIAM HETZEL

        These questions and answers will serve as your response to the motion for summary

judgment filed by the defendants.  You may use additional sheets of paper in responding to

these questions.  You must file this response by **July 26, 2007.**

        1.  You were booked into the Benton County Detention Center (BCDC) on charges of

aggravated assault on October 25, 2005.

        Agree_____ Disagree_____Without knowledge to agree or disagree_____.

        If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 1 at

        page 1.


        _____

        _____

        _____

        _____


        2.  At the time of your booking you were intoxicated, but you completed a medical

intake questionnaire and indicated no health problems.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

1.

_____

_____

_____

_____

3.  You were convicted on June 26, 2006, and sentenced to a term of imprisonment in

the Arkansas Department of Correction (ADC) of one hundred and eighty months.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at pages

6-8.

_____

_____

_____

_____

4.  When you were booked into the BCDC, you received a notice about the inmate

telephone system and signed the notice indicting you had reviewed it and understood it.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page

5.

_____

_____

_____

_____

5.  On November 11, 2005, Deputy Billy Coffelt reported that you did not have your shirt tucked in and were being locked down for ten days for refusing to obey the order of a deputy.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 1.

_____

_____

_____

_____

6.  You were given a disciplinary for disobeying the order of a deputy and given ten days lock down and loss of privileges.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 2.

_____

_____

_____

-4-

_____

7.  You appealed and Captain Petray modified the decision.  You had served five days of the lock down and he ordered you released from lock down that day.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 3.

_____

_____

_____

_____

8.  On December 2, 2005, you stated you needed to see a dentist and have a tooth pulled soon.  You indicated you had been told it would take three months.  You stated you could not wait that long because you could not eat or sleep as you were in pain all the time.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 1.

_____

_____

_____

_____

9(A).  In response, Captain Petray stated he would forward your request to the medical staff.  He said the doctor makes all the medical decisions in the jail.

-5-

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

1.

_____

_____

_____

_____

(B).  Were you seen by a dentist or given any treatment for your tooth?

Answer:  Yes _____ No _____.

If you answered yes, please state:  (a) what treatment you received; (b) who treatment

you; and (c) when you received the treatment.

_____

_____

_____

_____

_____

_____

_____

_____

10.  On December 14, 2005, you requested information on whether there were any

outstanding warrants that you needed to take care of.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

-6-

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 2.

_____

_____

_____

_____

11.  In response, you were told none were seen at that time.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 2.

_____

_____

_____

_____

12.  On January 6, 2006, you requested the address for H & R Block.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 3.

_____

_____

_____

_____

AO72A
(Rev. 8/82)

13.  In response, you were told that they did not get personal addresses for inmates and you would need to ask a friend or family member to get it for you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 3

_____

_____

_____

_____

14(A).  On January 12, 2006, you submitted a grievance stating that you had an A/C separation of your right shoulder and had been told that nothing would be done until you got to prison.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 4.

_____

_____

_____

_____

(B).  How do you know you had an A/C separation of your right shoulder?  In answering, please state:  (a) when the A/C separation occurred; (b) who diagnosed it; (c) what treatment you had received for the condition; and (d) when you had been treated.

Answer:

-8-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(C).  Prior to January 12, 2006, had you seen Dr. Mullins or Nurse Sue McDonald about your shoulder?

Answer:  Yes _____ No _____.

If you answered yes, please state:  (a) who you saw; (b) when you saw them; and (c) what treatment you received.

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

_____

_____

_____

_____

_____

_____

_____

(D).  In response to your January 12th grievance, Captain Petray stated he would forward your grievance to medical.  He stated the doctor made all medical decisions in the jail.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 4.

_____

_____

_____

_____

(E).  You also mention the Aspirin did not work.  Who gave you Aspirin?

Answer:

_____

_____

_____

-10-

_____

(F).  Is the January 12th grievance the first request or grievance you put in about

needing treatment for your shoulder?

Answer:  Yes _____ No _____.

If you answered no, please state when you put in the other requests and what response

you received.  If you have copies of the other requests, please attach them to this response.

_____

_____

_____

_____

15.  On January 16, 2006, you asked to be moved to D-116.  In response, you were

told you would stay in your current housing.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

5.

_____

_____

_____

_____

16(A).  On January 25, 2006, you submitted a grievance about your shoulder.  You

stated you were in pain everyday and the doctor told you that the county jail would not do

anything about it.

-11-

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

6.

_____

_____

_____

_____

(B).  Did Dr. Mullins believe your shoulder did not any treatment?

Answer:  Yes _____ No _____.

Explain your answer.

_____

_____

_____

_____

17.  In response, Captain Petray stated he would forward your grievance to medical.

He stated the doctor made all the medical decisions at the jail.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

6.

_____

_____

_____

-12-

_____

18(A).  On March 11, 2006, you asked to be moved to a bottom bunk due to your

separated shoulder.  The responding officer told you to check with the pod deputy.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

8.

_____

_____

_____

_____

(B).  Were you allowed to move to a bottom bunk?

Answer:  Yes _____ No _____.

If you answered no, please state if you asked the pod deputy.

_____

_____

_____

_____

19.  On March 28, 2006, you submitted a grievance asking why you were being

locked down since you were in court when the lock down decision was made.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

10.

-13-

_____

_____

_____

_____

20.  Captain Petray responded that the entire pod was locked down for the safety and security of the facility.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 10.

_____

_____

_____

_____

21.  On May 20, 2006, Deputy Hammock reported that you had two sandwiches under your bunk.  You admitted the sandwiches were yours and you were told that you were going to be locked down.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 3.

_____

_____

_____

-14-

_____

22.  You were given a disciplinary for storing food and given five days lock down and loss of privileges.

Agree_____  Disagree_____  Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 4.

_____

_____

_____

_____

23.  The decision was reviewed by Lt. Carter and upheld.

Agree_____  Disagree_____  Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 4.

_____

_____

_____

_____

24.  On June 6, 2006, you complained that you brushed your teeth three times a day after every meal and that the little tube of toothpaste you received runs out fast.  You stated you asked for more and were told to wait until Sunday which was a day away.  You indicated they were by law required to meet your hygiene needs.

-15-

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

10.

_____

_____

_____

_____

25.  In response, you were told that indigents were passed out once a week and that

the toothpaste was more than enough to last a week.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

10.

_____

_____

_____

_____

26.  You were released to the ADC on July 14, 2006.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page

1.

_____

_____

-16-

_____

_____

27.  Your intake physical at the ADC was done on July 24, 2006.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 5 at page

2.

_____

_____

_____

_____

28.  You reported having been hospitalized in December 0f 2004 following a motor

vehicle accident during which you sustained a fracture of your right clavicle with a significant

deformity and decreased range of motion of your right shoulder.  Examination revealed you

had equal use of your arms.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 5 at page

2.

_____

_____

_____

_____

29. You were given a restricted assignment requiring no handling, or lifting of heavy

-17-

materials in excess of 10 pounds or overhead work for a period in excess of 8 hours.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 5 at page

3.

_____

_____

_____

_____

30.  You told the nurse you had been hit by a van in December of 2004 and had right

shoulder pain radiating to your right hand and pain in your left hip.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 5 at page

11.

_____

_____

_____

_____

31.  You indicated you had been having shoulder problems every since you got hit by

the van in 2004 and were not having any new problems.  You stated you were taking Lorcet

plus and Percodan but didn't have the money to have surgery.  You stated you had gotten a

job so that you could have insurance and pay for it.  You complained of numbness at times.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

-18-

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 5 at page 17.

_____

_____

_____

_____

32.  You also complained that you had gotten an itchy rash while you were at the BCDC and were given a hydrocortisone cream that only made the rash worse.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 5 at page 17.

_____

_____

_____

_____

33.  You were prescribed Acetaminophen.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 5 at page 17.

_____

_____

_____

AO72A
(Rev. 8/82)

34.   Please describe in detail how you believe Dr. Mullins exhibited deliberate indifference to your serious medical needs.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

35.   Please describe in detail how you believe Nurse McDonald exhibited deliberate indifference to your serious medical needs.

Answer:

AO72A
(Rev. 8/82)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

36.  Please explain why your shoulder that had gone untreated since December of

2004 needed treatment while you were incarcerated in the BCDC.

Answer:

_____

_____

_____

_____

_____

_____

_____

-21-

_____

_____

_____

37.  Since you have been at the ADC, have you had surgery or any other type of

treatment for your shoulder?

Answer:  Yes _____ No _____.

If you answered yes, describe:  (a) the treatment you received; and (b) when you

received the treatment.

_____

_____

_____

_____

_____

_____

_____

_____

Detail below any further response you would like to make to the motion for summary

judgment.  If you have any exhibits you would like the court to consider, you may attach

them to this response.

_____

_____

_____

-22-

-23-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS

TRUE AND CORRECT.

EXECUTED ON THIS _____ DAY OF _____ 2007.


_____
JOHN WILLIAM HETZEL


-24-