```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

JOHN WILLIAM HETZEL                                    PLAINTIFF

    v.                       No. 06-5024

DR. MULLINS, et al.                                    DEFENDANTS

### ORDER

Now on this 20th day of September, 2007, comes on for consideration the Report and Recommendation filed herein on August 28, 2007, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 21.) Neither plaintiff nor the defendants have filed any objections to the Report and Recommendation.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: The Report and Recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, defendants' **Motion for Summary Judgment (Doc. 16)** is **DENIED**.

IT IS SO ORDERED.

                                            /S/JIMM LARRY HENDREN
                                            JIMM LARRY HENDREN
                                            UNITED STATES DISTRICT JUDGE